UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONALD LEROY KARN, JR.,

       Plaintiff,                   Case No. 2:17-cv-10

v.                                     Honorable Paul L. Maloney

UNKNOWN ASCHE et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:  March 20, 2017           /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge