UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

DONALD LEROY KARN, JR.,

        Plaintiff,        Case No. 2:17-cv-10

v.        Honorable Paul L. Maloney

UNKNOWN ASCHE, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: September 14, 2017        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge